**Fill in this information to identify the case:**

Debtor 1: ROSA BORGES RODRIGUEZ

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 15-08666 BKT 13

# Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Franklin Credit Management Corp., as servicing agent for Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Tust Series 2017-1

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 6 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/01/2020

**New total payment:** $ 747.06
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 25.07    New escrow payment: $ 180.13

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | ROSA BORGES RODRIGUEZ | | | Case number (if known) | 15-08666 BKT 13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____
Signature

Date 6/25/2020

Print: JOSE F. CARDONA JIMENEZ
First Name    Middle Name    Last Name

Title ATTORNEY

Company CARDONA-JIMENEZ LAW OFFICE, PSC

Address PO Box 9023593
Number    Street

San Juan, PR 00902-3593
City                State    ZIP Code

Contact phone (787) 724-1303

Email jf@cardonalaw.com

Official Form 410S1     Notice of Mortgage Payment Change     page 2

Franklin Credit Management Corporation     Final
101 Hudson St 24 fl
Jersey City, NJ 07302
For Inquiries: (800) 255-5897

Analysis Date: June 17, 2020

LUIS J. LOPEZ-MONT     Loan: 0368
ROSA BORGES-RODRIGUEZ
PO BOX 203
SAN LORENZO PR 00754

Property Address:
RD 183 KM 13.8 BO. FLORIDA
SAN LORENZO, PR 00754

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Dec 2017 to July 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity. **Bankruptcy Filing Date 11/02/2015.**

| Payment Information | Current: | Effective Aug 01, 2020: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 566.93 | 566.93 | Due Date: | Apr 01, 2020 |
| Escrow Payment: | 25.07 | 180.13 | Escrow Balance: | 262.92 |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 100.28 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 1,013.75 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($650.55) |
| Total Payment: | $592.00 | $747.06 | | |

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | | 0.00 | |
| | | | | | Starting Balance | | 41.19 |
| Dec 2017 | | 25.07 | | * | | 0.00 | 66.26 |
| Dec 2017 | | 25.07 | | * | | 0.00 | 91.33 |
| | | | | | | 0.00 | |
| Dec 2017 | | | | 266.00 * | Hazard Insurance | | (174.67) |
| Jan 2018 | | 25.07 | | * | | 0.00 | (149.60) |
| Feb 2018 | | 25.07 | | * | | 0.00 | (124.53) |
| Mar 2018 | | 25.07 | | * | | 0.00 | (99.46) |
| Apr 2018 | | 25.07 | | * | | 0.00 | (74.39) |
| May 2018 | | 25.07 | | * | | 0.00 | (49.32) |
| Jun 2018 | | 25.07 | | * | | 0.00 | (24.25) |
| Jul 2018 | | 25.07 | | * | | 0.00 | 0.82 |
| Aug 2018 | | 25.07 | | * | | 0.00 | 25.89 |
| Sep 2018 | | 25.07 | | * | | 0.00 | 50.96 |
| Oct 2018 | | 25.07 | | * | | 0.00 | 76.03 |
| Nov 2018 | | 25.07 | | * | | 0.00 | 101.10 |
| Dec 2018 | | 25.07 | | * | | 0.00 | 126.17 |
| Dec 2018 | | 25.07 | | * | | 0.00 | 151.24 |
| | | | | | | 0.00 | |
| Dec 2018 | | | | 266.00 * | Hazard Insurance | | (114.76) |
| Jan 2019 | | 25.07 | | * | | 0.00 | (89.69) |
| Feb 2019 | | 25.07 | | * | | 0.00 | (64.62) |
| Mar 2019 | | 25.07 | | * | | 0.00 | (39.55) |
| Mar 2019 | | 25.07 | | * | | 0.00 | (14.48) |
| Apr 2019 | | 25.07 | | * | | 0.00 | 10.59 |
| May 2019 | | 25.07 | | * | | 0.00 | 35.66 |
| May 2019 | | 25.07 | | * | | 0.00 | 60.73 |
| Jun 2019 | | 25.07 | | * | | 0.00 | 85.80 |

| Date | Amount | | Description | | Balance |
|---|---|---|---|---|---|
| Jul 2019 | (25.07) | | | 0.00 | 60.73 |
| Jul 2019 | 25.07 | | * | 0.00 | 85.80 |
| Jul 2019 | 25.07 | | * | 0.00 | 110.87 |
| Aug 2019 | 25.07 | | * | 0.00 | 135.94 |
| Sep 2019 | 25.07 | | * | 0.00 | 161.01 |
| Oct 2019 | 25.07 | | * | 0.00 | 186.08 |
| Oct 2019 | 25.07 | | * | 0.00 | 211.15 |
| Nov 2019 | 25.07 | | * | 0.00 | 236.22 |
| Dec 2019 | 25.07 | | * | 0.00 | 261.29 |
| Jan 2020 | 25.07 | | * | 0.00 | 286.36 |
| Jan 2020 | 25.07 | | * | 0.00 | 311.43 |
| | | | | 0.00 | |
| Jan 2020 | | 224.00 | * Force Placed Hazard | | 87.43 |
| Feb 2020 | 25.07 | | * | 0.00 | 112.50 |
| Mar 2020 | 25.07 | | * | 0.00 | 137.57 |
| Apr 2020 | 25.07 | | * | 0.00 | 162.64 |
| Apr 2020 | 25.07 | | * | 0.00 | 187.71 |
| Apr 2020 | 25.07 | | * | 0.00 | 212.78 |
| Jun 2020 | 25.07 | | * | 0.00 | 237.85 |
| Jun 2020 | 25.07 | | * | 0.00 | 262.92 |
| | | | | 0.00 | |
| | | | Anticipated Transactions | | 262.92 |
| Jan 2020 | | | County | | 262.92 |
| Jan 2020 | | 565.00 | County | | (302.08) |
| Jun 2020 | 75.21 | | | | (226.87) |
| Jul 2020 | 25.07 | | 448.75 County | | (650.55) |
| Jul 2020 | | | County | | (650.55) |
| | $0.00  $1,078.01 | $0.00  $1,769.75 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Flatiron Credit Management Corporation  Final
For Inquiries: (800) 255-5897

Analysis Date: June 17, 2020

LUIS J. LOPEZ-MONT                                              Loan:         )0368

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (650.55) | 273.25 |
| Aug 2020 | 103.15 |  |  | (547.40) | 376.40 |
| Sep 2020 | 103.15 |  |  | (444.25) | 479.55 |
| Oct 2020 | 103.15 |  |  | (341.10) | 582.70 |
| Nov 2020 | 103.15 |  |  | (237.95) | 685.85 |
| Dec 2020 | 103.15 |  |  | (134.80) | 789.00 |
| Jan 2021 | 103.15 | 565.00 | County | (596.65) | 327.15 |
| Jan 2021 |  |  | County | (596.65) | 327.15 |
| Jan 2021 |  | 224.00 | Force Placed Hazard | (820.65) | 103.15 |
| Feb 2021 | 103.15 |  |  | (717.50) | 206.30 |
| Mar 2021 | 103.15 |  |  | (614.35) | 309.45 |
| Apr 2021 | 103.15 |  |  | (511.20) | 412.60 |
| May 2021 | 103.15 |  |  | (408.05) | 515.75 |
| Jun 2021 | 103.15 |  |  | (304.90) | 618.90 |
| Jul 2021 | 103.15 | 448.75 | County | (650.50) | 273.30 |
| Jul 2021 |  |  | County | (650.50) | 273.30 |
|  | $1,237.80 | $1,237.75 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $103.15. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $206.29 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($650.55). Your starting balance (escrow balance required) according to this analysis should be $273.25. This means you have a shortage of $923.80. **Due to your recent bankruptcy filing, the shortage amount previously stated may be collected through your bankruptcy plan.**

We anticipate the total of your coming year bills to be $1,237.75. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| Unadjusted Escrow Payment | 103.15 |
|---|---|
| Surplus Amount: | 0.00 |
| **Shortage Amount:** | **76.98** |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $180.13 |

**Paying the shortage:** If your shortage is paid in full, your new monthly payment will be $670.08 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.